UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JIMMY ANTHONY COX, SR., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DRAPER et al., <br><br> Defendants. | Case No. 2:20-cv-00081 |

# ORDER

The Magistrate Judge issued a Report and Recommendation on September 12, 2022, recommending that the Court grant the motion for summary judgment filed by Defendants Tamorah D. Ryan and Shane Stanton (Doc. No. 33). (Doc. No. 40.) The Report and Recommendation notified Plaintiff Jimmy Anthony Cox, Sr., that he had fourteen days after being served with it to file written objections and that failure to do so "can constitute waiver of appeal of the matters decided." (*Id.*) No party has filed written objections to the Report and Recommendation.[1]

The Magistrate Judge's Report and Recommendation (Doc. No. 40) is therefore **APPROVED and ADOPTED**. The motion for summary judgment filed by Defendants Ryan and Stanton (Doc. No. 33) is **GRANTED**.

---

[1] The Court notes that the service copy of the Report and Recommendation sent to Cox by the Court was returned as undeliverable (Doc. No. 43). It is Cox's responsibility to inform the Court of his current mailing address, and it appears he has not done so.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE